DeAnthony D. Coleman Sr.
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Al 36089

RECEIVED

2007 MAY -1  A 9: 30

April 29, 2007

To Whom It May Concern:

My name is DeAnthony D. Coleman Sr. and I mailed in a motion for an otder "Nunc Pro Tunc." My motion was for my state and federal time to be ran concurrent, but somehow, someone mistakenly misinterpreted my motion as if I was challenging my federal sentence. I am not challenging my federal sentence. The motion for "Nunc Pro Tunc" does not state anywhere in it that I am challenging my federal sentence. I mailed my motion to the office of the clerk thinking it would get to Judge Myron Thompson. I apologize for my lack of info on Judge Thompson's address, and I hope that this matter of the misunderstanding of the motion I filed can be straightened out.

Today, I am requesting that the court squash this motion and this order (No. 2:07 cv 348-MHT).

Thank you in advance,


DeAnthony D. Coleman Sr.
# 241742    K1-5B
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Al 36089

SCANNED



Mr. De'Anthony D. Coleman Sr. #241742
P.O. Box 5107 B.C.C.F. K1-5B
Union Springs, Al. 36089

MONTGOMERY AL 361
30 APR 2007 PM 1

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, Al. Al.

36101+0711