IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANTHONY DEWAYNE COLEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 2:07cv348-MHT |
| v ) | (WO) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This matter is before the court on a "Motion for an Order 'Nunc Pro Tunc'" filed by the petitioner, DeAnthony DeWayne Coleman ("Coleman"), on April 20, 2007. (Doc. No. 1.) Through an order issued on April 26, 2007, the court informed Coleman that the claims asserted in his motion were properly presented in a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 2.) The Order notified Coleman that the court would treat his filing as such a motion, but that he had the option of dismissing the action if his intent was not to file a § 2255 motion. *Castro v. United States*, 540 U.S. 375 (2003).

In compliance with the court's Order, Coleman has informed the court that his intent was not to challenge his federal sentence and has requested that the court "quash" his earlier motion. (Doc. No. 3.) The court construes Coleman's request to be a request to withdraw his "Motion for an Order 'Nunc Pro Tunc.'"

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Coleman's request to withdraw his "Motion for an Order 'Nunc Pro Tunc'" be granted, and that this action be dismissed without prejudice.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before June 20, 2007.  A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered.  Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*).

Done this 7th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE