IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANTHONY DEWAYNE, COLEMAN, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) NO. 2:07-cv-348-MHT ) |
| | )           (WO) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## **ORDER**

After an independent and de novo review, and there being no objections filed to the Recommendation of the Magistrate Judge entered on June 7, 2007 (Doc. #4), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. Petitioner's Motion to Withdraw (Doc. #3) his Motion for an Order "Nunc Pro Tunc" (Doc. #1) is granted; and

2. This case is dismissed without prejudice.

DONE, this the 17th day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE