IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANTHONY DEWAYNE, COLEMAN, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) ) | NO. 2:07-cv-348-MHT ( WO) |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

# **JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the Respondent and against the Petitioner, and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE, this the 17th day of July, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE